IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER JACKSON, | ) | No. C 13-2268 RMW |
| Plaintiff, | ) | ORDER OF TRANSFER |
| v. | ) | |
| ALVARO TRAQUINA, CMO, et al., | ) | |
| Defendants. | ) | |

On May 17, 2013, defendants filed a notice of removal to federal court, removing plaintiff's civil complaint from Solano County Superior Court to this court. Plaintiff is a California inmate incarcerated at Corcoran State Prison. Plaintiff's complaint alleges that officials at Solano State Prison in Vacaville violated his Eighth Amendment rights. Because Vacaville lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the Eastern District of California. See 28 U.S. C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Order of Transfer
G:\PRO-SE\RMW\CR.13\Jackson268transf.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WALTER JACKSON,

        Plaintiff,

  v.

ALVARO TRAQUINA et al,

        Defendant.

Case Number: CV13-02268 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Jackson T-99327
SP/F2B
CSATF
PO Box 5244
Corcoran, CA 93212

Dated: July 26, 2013

                                 Richard W. Wieking, Clerk
                                 By: Jackie Lynn Garcia, Deputy Clerk